# EXHIBIT 5

PCPA PRR 93/14-0931 HEPBURN_BESOLA 002394



**NATIONAL CENTER FOR
MISSING &
EXPLOITED
C H I L D R E N**

The National Center for Missing and Exploited Children® (NCMEC) was established in 1984 as a private, nonprofit 501(c)(3) organization. NCMEC provides services nationwide for families and professionals in the prevention of abducted, endangered, and sexually exploited children.   Pursuant to its mission and its congressional authorization (see 42 U.S.C. § 5773), NCMEC operates the CyberTipline and the Child Victim Identification Program to assist law enforcement in identifying victims of child pornography and child sexual exploitation and works with law enforcement, Internet service providers, electronic payment service providers, and others to reduce the distribution of child sexual exploitation images and videos over the Internet.   NCMEC does not investigate and cannot verify the accuracy of the information reported to NCMEC.   NCMEC forwards reports of child sexual exploitation to law enforcement for purposes of investigation and disposition.

# ECD Technical Assistance Request

## Request Information

Report ID:            **51542**
Date Entered:         **11/03/2010**
External Request:     **Yes**
Request Type:         **CRIS Review**

## Requestor Information

Requestor Name:       **Detective Elizabeth Reigle**
Agency:               **Pierce County Sheriff's Department**
Type:
Phone:                **253-606-5221**
Extension:
Email Address:
Address:              **903 Tacoma Ave.**
City:                 **Tacoma**
State:                **WA**
Zip:                  **98402**
Country:              **United States**

## Suspect Information

Suspect #1
Name:                 **Mark Lester Besola**

Suspect #2
Name:                 **Jeffrey Edwin Swenson**

## Searches

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Under no circumstances shall this Report be used as evidence of criminal wrongdoing. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.

422.

| | |
|---|---|
| CyberTip Search: | Yes |
| Public Records Search: | No |
| LE Contact Needed: | No |
| ISP Contact Needed: | No |

## Additional Case Details

**USPIS Inspector McMinn 23 DVDs and one (1) CD from the submitting agency. A formal request was made that the files be reviewed for any known child victims that were identified by law enforcement in past investigations.**

The following information was gathered by ECD Staff as a result of additional analysis and searches.

## NCMEC Supplemental Information

| | |
|---|---|
| ECD Staff: | Julie Raine |
| Date Processed: | 11/30/2010 |
| Case Status: | Closed |
| Attachment On File: | Yes |
| Images Were Identified: | Yes |

## NCMEC Notes

Note #1

| | |
|---|---|
| Note Type: | ECD Note |
| Note Date: | 11/04/2010 |

**ECD_JKR 11/04/2010 15:33**

I ran searches on past CT/TA reports for Jeffrey near(Swenson) which yielded negative results.

I ran searches on past CT/TA reports for Mark near(Besola) which yielded negative results.

=========

DVD labeled '#74' corresponds with NCMEC request #51542: Please note I was unable to view videos located in folder labeled 'page1amateur' found on this DVD as they appear to be corrupt.
DVD labeled '#61' corresponds with NCMEC request #51542_1: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '#77' corresponds with NCMEC request #51542_2: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '#65' corresponds with NCMEC request #51542_3: NCMEC has no information

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Under no circumstances shall this Report be used as evidence of criminal wrongdoing. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.



42'

regarding the individuals seen with this report.
DVD labeled '#60' corresponds with NCMEC request #51542_4: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '#75' corresponds with NCMEC request #51542_5: NCMEC has no information regarding the individuals seen with this report.

============

The submitted files were compared with NCMEC's Child Recognition & Identification System (CRIS). There were a few files that appear to contain child victims who have been identified by law enforcement.

The following 'Child Identification Report' will list the specific file names, the corresponding series name and the law enforcement point of contact who is providing age verification for the children.

At this time, I will send an electronic copy of the 'Child Identification Report' to Detective Elizabeth Reigle.

In addition, USPIS Inspector Molly McMinn will destroy or return the media to the submitting agency.

Note #2
Note Type:            ECD Note
Note Date:            11/30/2010
ECD_JKR  11/30/2010 14:39

DVD labeled '#71' corresponds with NCMEC request #51542_6: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '#70' corresponds with NCMEC request #51542_7: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '#64' corresponds with NCMEC request #51542_8: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '#63' corresponds with NCMEC request #51542_9: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '#62' corresponds with NCMEC request #51542_10: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '#76' corresponds with NCMEC request #51542_11: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '#72' corresponds with NCMEC request #51542_12: NCMEC has no information regarding the individuals seen with this report.

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Under no circumstances shall this Report be used as evidence of criminal wrongdoing. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.

DVD labeled '#86' corresponds with NCMEC request #51542_13: NCMEC has no information regarding the individuals seen with this report.

DVD labeled '#81' corresponds with NCMEC request #51542_14

DVD labeled '#74' corresponds with NCMEC request #51542_15: NCMEC has no information regarding the individuals seen with this report.

DVD labeled '#78' corresponds with NCMEC request #51542_16: NCMEC has no information regarding the individuals seen with this report.

DVD labeled '97#' corresponds with NCMEC request #51542_17

DVD labeled '#92' corresponds with NCMEC request #51542_18: NCMEC has no information regarding the individuals seen with this report.

DVD labeled '#87' corresponds with NCMEC request #51542_19: NCMEC has no information regarding the individuals seen with this report.

DVD labeled '#99' corresponds with NCMEC request #51542_20: NCMEC has no information regarding the individuals seen with this report.

DVD labeled '#66' corresponds with NCMEC request #51542_21

============
Please Note:

I was unable to view files located on DVD labeled '#94' as the disc appears to be corrupt.

DVD labeled '#44' did not contain any media to be reviewed.

Note #3
Note Type:                    ECD Note
Note Date:                    11/30/2010
ECD_JKR  11/30/2010 14:46

At this time, I will send an electronic copy of the comprehensive 'Child Identification Report' to Detective Elizabeth Reigle.

In addition, USPIS Inspector Molly McMinn will destroy or return the media to the submitting agency.

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Under no circumstances shall this Report be used as evidence of criminal wrongdoing. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.

426



# Child Identification Report

The following Child Identification Report lists the specific file name(s), the corresponding series name and the law enforcement point of contact who is providing age verification for the children. It is the responsibility of the submitting agency to contact the listed law enforcement contact(s) for verification and identification of the child victim(s).

Due to the sensitive nature of the information requested, please refer to the instructions below to ensure the series points of contact are able to validate the request.

- When reaching out to a point of contact for additional information, whether by email or phone, please provide the NCMEC **TA Report #** , seen on the next page.
- If the request is made via email, please use your Agency email account or the same email account provided to NCMEC/Child Victim Identification Program at the time of request. Please make all attempts to not use personal email accounts such as Yahoo, Hotmail, AOL or Gmail. These personal accounts may be regarded as spam by some filtering programs, and may be viewed as "an unofficial request" by the recipient.

Adhering to these guidelines will allow the series points of contact to validate and respond to your requests quickly.

CVIP recommends requesting an affidavit from the law enforcement point of contact as the first step in verifying the image. Based on the demands placed on series' point of contacts, *we ask that you reserve serving a subpoena as a last resort.*

Within the Child Identification Report, you will find fields titled "State" and/or "Country". This information indicates the jurisdiction where the image/video files were produced and is provided to demonstrate the distribution of files. Additionally, "Multiple Jurisdictions" indicates multiple victims and/or jurisdictions of production while "Unknown Jurisdiction" indicates that CVIP has not been provided this information. All information regarding the distribution of files should be verified by the series law enforcement point of contact.

Please contact CVIP at cvip@ncmec.org or 1-877-446-2632 ext. 6705 with any additional questions.

*Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.*
*Do not reproduce without express written permission from NCMEC.*

426

Case 3:15-cv-05061-BHS   Document 33-14   Filed 01/29/15   Page 7 of 45   002399

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **TA Report #:** | 51542 |
| **# of Image Files Identified:** | 0 |
| **# of Video Files Identified:** | 3 |
| **Total # of Series Identified:** | 3 |

Dalmations          KDV          Reiz

Copyright 2010, National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

427

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542 |
| **Series:** | Dalmations |
| **Agency:** | Federal Bureau of Investigation |
| **Investigator:** | SA Eric Brelsford |
| **Phone:** | 312-829-7045 |
| **State:** | Multiple Jurisdictions |
| **Country:** | United States |
| **Email:** | eric.brelsford@ic.fbi.gov |
| **Preferred Method of Contact:** | Phone |
| **Case #:** | 305C-MW-43100 |
| **Files found:** | |

/New Folder (2)/PRETEEN - KDV - RBV - R@YGOLD - PJK - GAY - BOY - zadoom pe~1.mpg

Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

428

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542 |
| **Series:** | KDV |
| **Agency:** | DHS Immigration and Customs Enforcement |
| **Investigator:** | SA Mark Steele |
| **Phone:** | 011-7-495-728-5065 |
| **Country:** | Russia |
| **Email:** | mark.steele@dhs.gov |
| **Preferred Method of Contact:** | Email |

Please note there is a secondary point of contact (POC) available for this series in the event the primary POC is unavailable or unreachable for a considerable length of time. To obtain this information, please contact CVIP at 1-877-446-2632 ext. 6705 or cvip@ncmec.org. Please note that CVIP will only provide the additional information if the primary POC was given a reasonable amount of time to respond.

**Files found:**

/New Folder/Youngboys cumming_gay preteen_NOBULL_parade of young jerke~1.mpg (00:00 - 00:10)

Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

429

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542 |
| **Series:** | Reiz |
| **Agency:** | BKA - German Federal Criminal Police |
| **Investigator:** | Detective Inspector Corinna Koch |
| **Phone:** | 49 611 55 16381 |
| **Country:** | Germany |
| **Email:** | sol2kinderpornografie@bka.bund.de |
| **Preferred Method of Contact:** | Email |
| **Case #:** | R-0106830 |
| **Files found:** | |

/New Folder/7yo Girl Kiddy Porn_pedo pthc__man-girl anal poor res .26.mpg

*Copyright 2010, National Center for Missing & Exploited Children. All rights reserved.*
*Do not reproduce without express written permission from NCMEC.*

430



**NATIONAL CENTER FOR**
**MISSING &**
**EXPLOITED**
**C H I L D R E N®**

# Child Identification Report

The following Child Identification Report lists the specific file name(s), the corresponding series name and the law enforcement point of contact who is providing age verification for the children.  It is the responsibility of the submitting agency to contact the listed law enforcement contact(s) for verification and identification of the child victim(s).

Due to the sensitive nature of the information requested, please refer to the instructions below to ensure the series points of contact are able to validate the request.

- When reaching out to a point of contact for additional information, whether by email or phone, please provide the NCMEC **T A Report #** , seen on the next page.
- If the request is made via email, please use your Agency email account or the same email account provided to NCMEC/Child Victim Identification Program at the time of request. Please make <u>all</u> attempts to not use personal email accounts such as Yahoo, Hotmail, AOL or Gmail. These personal accounts may be regarded as spam by some filtering programs, and may be viewed as "an unofficial request" by the recipient.

Adhering to these guidelines will allow the series points of contact to validate and respond to your requests quickly.

<u>CVIP recommends requesting an affidavit from the law enforcement point of contact as the first step in verifying the image.</u> Based on the demands placed on series' point of contacts, *we ask that you reserve serving a subpoena as a last resort.*

Within the Child Identification Report, you will find fields titled "State" and/or "Country". This information indicates the jurisdiction where the image/video files were produced and is provided to demonstrate the distribution of files. Additionally, "Multiple Jurisdictions" indicates multiple victims and/or jurisdictions of production while "Unknown Jurisdiction" indicates that CVIP has not been provided this information. All information regarding the distribution of files should be verified by the series law enforcement point of contact.

Please contact CVIP at cvip@ncmec.org or 1-877-446-2632 ext. 6705 with any additional questions.

*Copyright 2010, National Center for Missing & Exploited Children. All rights reserved.*
*Do not reproduce without express written permission from NCMEC.*

431

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **TA Report #:** | 51542_14 |
| **# of Image Files Identified:** | 0 |
| **# of Video Files Identified:** | 1 |
| **Total # of Series Identified:** | 1 |
| | KDV |

Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

432

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542_14 |
| **Series:** | KDV |
| **Agency:** | DHS Immigration and Customs Enforcement |
| **Investigator:** | SA Mark Steele |
| **Phone:** | 011-7-495-728-5065 |
| **Country:** | Russia |
| **Email:** | mark.steele@dhs.gov |
| **Preferred Method of Contact:** | Email |

Please note there is a secondary point of contact (POC) available for this series in the event the primary POC is unavailable or unreachable for a considerable length of time. To obtain this information, please contact CVIP at 1-877-446-2632 ext. 6705 or cvip@ncmec.org. Please note that CVIP will only provide the additional information if the primary POC was given a reasonable amount of time to respond.

**Files found:**

/Young boys cumming_gay preteen_NOBULL_parade of young jerke~1.mpg (00:00 - 00:10)

Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

433



**NATIONAL CENTER FOR**
**MISSING &**
**EXPLOITED**
**C H I L D R E N**

# Child Identification Report

The following Child Identification Report lists the specific file name(s), the corresponding series name and the law enforcement point of contact who is providing age verification for the children. It is the responsibility of the submitting agency to contact the listed law enforcement contact(s) for verification and identification of the child victim(s).

Due to the sensitive nature of the information requested, please refer to the instructions below to ensure the series points of contact are able to validate the request.

- When reaching out to a point of contact for additional information, whether by email or phone, please provide the NCMEC **TA Report #**, seen on the next page.
- If the request is made via email, please use your Agency email account or the same email account provided to NCMEC/Child Victim Identification Program at the time of request. Please make all attempts to not use personal email accounts such as Yahoo, Hotmail, AOL or Gmail. These personal accounts may be regarded as spam by some filtering programs, and may be viewed as "an unofficial request" by the recipient.

Adhering to these guidelines will allow the series points of contact to validate and respond to your requests quickly.

CVIP recommends requesting an affidavit from the law enforcement point of contact as the first step in verifying the image. Based on the demands placed on series' point of contacts, *we ask that you reserve serving a subpoena as a last resort.*

Within the Child Identification Report, you will find fields titled "State" and/or "Country". This information indicates the jurisdiction where the image/video files were produced and is provided to demonstrate the distribution of files. Additionally, "Multiple Jurisdictions" indicates multiple victims and/or jurisdictions of production while "Unknown Jurisdiction" indicates that CVIP has not been provided this information. All information regarding the distribution of files should be verified by the series law enforcement point of contact.

Please contact CVIP at cvip@ncmec.org or 1-877-446-2632 ext. 6705 with any additional questions.


*Copyright 2010, National Center for Missing & Exploited Children. All rights reserved.*
*Do not reproduce without express written permission from NCMEC.*

434

PCPA PRR 93/14-0931 HEPBURN_BESOLA 002407

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **TA Report #:** | 51542_17 |
| **# of Image Files Identified:** | 0 |
| **# of Video Files Identified:** | 6 |
| **Total # of Series Identified:** | 5 |

| Andina | Reiz | Sucky | Vicky |
|---|---|---|---|
| cbaby | | | |

Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

435

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542_17 |
| **Series:** | Andina |
| **Agency:** | Interpol |
| **Investigator:** | Anders Persson |
| **Phone:** | +33 472 44 72 06 |
| **Country:** | Peru |
| **Email:** | A.PERSSON@INTERPOL.INT |
| **Preferred Method of Contact:** | Email |

**Notes:**
Law Enforcement can confirm case details/child's identity through available case records only.

**Files found:**

/andina5_QTmpg 5yo mexican girl very loving dad (PTHC,pedo,i~.mpg

Copyright 2010, National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

436

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

**NCMEC Request #:** 51542_17

**Series:** Reiz

**Agency:** BKA - German Federal Criminal Police

**Investigator:** Detective Inspector Corinna Koch

**Phone:** 49 611 55 16381

**Country:** Germany

**Email:** so12kinderpornografic@bka.bund.de

**Preferred Method of Contact:** Email

**Case #:** R-0106830

**Files found:**

/pedo - 11 year old kids having sex.mpg (00:47- 3:26)

Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

437

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542_17 |
| **Series:** | Sucky |
| **Agency:** | BKA - German Federal Criminal Police |
| **Investigator:** | Detective Inspector Holger Kind |
| **Phone:** | +49 611 55 16345 |
| **Country:** | Germany |
| **Email:** | so12kinderpornografie@bka.bund.dc |
| **Preferred Method of Contact:** | Email |
| **Files found:** | |

/zadoom pedo compilation ( little nudist girl an' boy tryin~.mpg ((1:53-end))

Copyright 2010, National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

438

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542_17 |
| **Series:** | Vicky |
| **Agency:** | Richland Police Department |
| **Investigator:** | Detective Roy Shepherd |
| **Phone:** | 509-942-7356 |
| **State:** | WA |
| **Country:** | United States |
| **Email:** | RShepherd@CI.RICHLAND.WA.US |
| **Preferred Method of Contact:** | Email |

Please note there is a secondary point of contact (POC) available for this series in the event the primary POC is unavailable or unreachable for a considerable length of time. To obtain this information, please contact CVIP at 1-877-446-2632 ext. 6705 or cvip@ncmec.org. Please note that CVIP will only provide the additional information if the primary POC was given a reasonable amount of time to respond.

**Files found:**

/Vicky - Pedofilia 13 anos [pedo preteen 13yo lolita BDSM bo~.mpg
/straight69.mpg

Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542_17 |
| **Series:** | cbaby |

Please note this series has two points of contact (POC) who are willing to assist you in verifying and identifying the child victim(s). Please feel free to contact either POC listed on this page for assistance. CVIP asks that you reach out to only one contact in order to avoid a duplication of efforts by the series POCs.

**Primary Contact**

| | |
|---|---|
| **Agency:** | Federal Bureau of Investigation |
| **Investigator:** | SA Sean Mullen |
| **Phone:** | 512-794-3107 |
| **State:** | TX |
| **Country:** | United States |
| **Email:** | sean.mullen@ic.fbi.gov |
| **Preferred Method of Contact:** | Email |
| **Case #:** | 305C-SA-61666 |

**Notes:**
Per the request of the principal law enforcement point of contact, due to the pending prosecution regarding the producer of the series, no case-related information regarding the series can be provided until the prosecution is concluded.

**Alternate Contact**

| | |
|---|---|
| **Agency:** | Federal Bureau of Investigation |
| **Investigator:** | SA Robert B. White |
| **Phone:** | 937-222-7485 |
| **State:** | TX |
| **Country:** | United States |
| **Email:** | robert.b.white@ic.fbi.gov |
| **Preferred Method of Contact:** | Email |
| **Case #:** | 305C-SA-61666 |

**Notes:**
Per the request of the principal law enforcement point of contact, due to the pending prosecution regarding the producer of the series, no case-related information regarding the series can be provided until the prosecution is concluded.

Please note there is a secondary point of contact (POC) available for this series in the event the primary POC is unavailable or unreachable for a considerable length of time. To obtain this information, please contact CVIP at 1-877-446-2632 ext. 6705 or cvip@ncmec.org. Please note that CVIP will only provide the additional information if the primary POC was given a reasonable amount of time to respond.

**Files found:**

/Pedo - Fucking 8 Old Alicia Hard.mpg

*Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.*
*Do not reproduce without express written permission from NCMEC.*



# Child Identification Report

The following Child Identification Report lists the specific file name(s), the corresponding series name and the law enforcement point of contact who is providing age verification for the children.   It is the responsibility of the submitting agency to contact the listed law enforcement contact(s) for verification and identification of the child victim(s).

Due to the sensitive nature of the information requested, please refer to the instructions below to ensure the series points of contact are able to validate the request.

- When reaching out to a point of contact for additional information, whether by email or phone, please provide the NCMEC  TA
  **Report #** , seen on the next page.
- If the request is made via email, please use your Agency email account or the same email account provided to NCMEC/Child
  Victim Identification Program at the time of request. Please make all attempts to not use personal email accounts such as
  Yahoo, Hotmail, AOL or Gmail. These personal accounts may be regarded as spam by some filtering programs, and may be
  viewed as "an unofficial request" by the recipient.

Adhering to these guidelines will allow the series points of contact to validate and respond to your requests quickly.

CVIP recommends requesting an affidavit from the law enforcement point of contact as the first step in verifying the image.
Based on the demands placed on series' point of contacts,  *we ask that you reserve serving a subpoena as a last resort.*

Within the Child Identification Report, you will find fields titled "State" and/or "Country". This information indicates the jurisdiction where the image/video files were produced and is provided to demonstrate the distribution of files. Additionally, "Multiple Jurisdictions" indicates multiple victims and/or jurisdictions of production while "Unknown Jurisdiction" indicates that CVIP has not been provided this information. All information regarding the distribution of files should be verified by the series law enforcement point of contact.

Please contact CVIP at cvip@ncmec.org or 1-877-446-2632 ext. 6705 with any additional questions.

*Copyright 2010, National Center for Missing & Exploited Children. All rights reserved.*
*Do not reproduce without express written permission from NCMEC.*



# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **TA Report #:** | 51542_21 |
| **# of Image Files Identified:** | 0 |
| **# of Video Files Identified:** | 1 |
| **Total # of Series Identified:** | 1 |
| | Andina |

Copyright 2010, National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

442

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542_21 |
| **Series:** | Andina |
| **Agency:** | Interpol |
| **Investigator:** | Anders Persson |
| **Phone:** | +33 472 44 72 06 |
| **Country:** | Peru |
| **Email:** | A.PERSSON@INTERPOL.INT |
| **Preferred Method of Contact:** | Email |

**Notes:**

Law Enforcement can confirm case details/child's identity through available case records only.

**Files found:**

/TMPandina5_QTmpg 5yo mexican girl very loving dad (PTHC,ped~.mpg

Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

443



**NATIONAL CENTER FOR**
**MISSING &**
**EXPLOITED**
**C H I L D R E N**

The National Center for Missing and Exploited Children® (NCMEC) was established in 1984 as a private, nonprofit 501(c)(3) organization. NCMEC provides services nationwide for families and professionals in the prevention of abducted, endangered, and sexually exploited children. Pursuant to its mission and its congressional authorization (see 42 U.S.C. § 5773), NCMEC operates the CyberTipline and the Child Victim Identification Program to assist law enforcement in identifying victims of child pornography and child sexual exploitation and works with law enforcement, Internet service providers, electronic payment service providers, and others to reduce the distribution of child sexual exploitation images and videos over the Internet. NCMEC does not investigate and cannot verify the accuracy of the information reported to NCMEC. NCMEC forwards reports of child sexual exploitation to law enforcement for purposes of investigation and disposition.

# ECD Technical Assistance Request

## Request Information

| | |
|---|---|
| Report ID: | **51542** |
| Date Entered: | **11/03/2010** |
| External Request: | **Yes** |
| Request Type: | **CRIS Review** |

## Requestor Information

| | |
|---|---|
| Requestor Name: | **Detective Elizabeth Reigle** |
| Agency: | **Pierce County Sheriff's Department** |
| Type: | |
| Phone: | **253-606-5221** |
| Extension: | |
| Email Address: | |
| Address: | **903 Tacoma Ave.** |
| City: | **Tacoma** |
| State: | **WA** |
| Zip: | **98402** |
| Country: | **United States** |

## Suspect Information

Suspect #1
| | |
|---|---|
| Name: | **Mark Lester Besola** |

Suspect #2
| | |
|---|---|
| Name: | **Jeffrey Edwin Swenson** |

## Searches

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Under no circumstances shall this Report be used as evidence of criminal wrongdoing. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.

00000444

| | |
|---|---|
| CyberTip Search: | **Yes** |
| Public Records Search: | **No** |
| LE Contact Needed: | **No** |
| ISP Contact Needed: | **No** |

## Additional Case Details

USPIS Inspector McMinn 23 DVDs and one (1) CD from the submitting agency. A formal request was made that the files be reviewed for any known child victims that were identified by law enforcement in past investigations.

The following information was gathered by ECD Staff as a result of additional analysis and searches.

## NCMEC Supplemental Information

| | |
|---|---|
| ECD Staff: | **Julie Raine** |
| Date Processed: | **11/30/2010** |
| Case Status: | **Closed** |
| Attachment On File: | **Yes** |
| Images Were Identified: | **Yes** |

## NCMEC Notes

Note #1

| | |
|---|---|
| Note Type: | **ECD Note** |
| Note Date: | **11/04/2010** |

**ECD_JKR 11/04/2010 15:33**

I ran searches on past CT/TA reports for Jeffrey near(Swenson) which yielded negative results.

I ran searches on past CT/TA reports for Mark near(Besola) which yielded negative results.

=========

DVD labeled '#74' corresponds with NCMEC request #51542: Please note I was unable to view videos located in folder labeled 'page1amateur' found on this DVD as they appear to be corrupt.
DVD labeled '#61' corresponds with NCMEC request #51542_1: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '#77' corresponds with NCMEC request #51542_2: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '#65' corresponds with NCMEC request #51542_3: NCMEC has no information

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Under no circumstances shall this Report be used as evidence of criminal wrongdoing. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.

00000445

regarding the individuals seen with this report.
DVD labeled '#60' corresponds with NCMEC request #51542_4: NCMEC has no information
regarding the individuals seen with this report.
DVD labeled '#75' corresponds with NCMEC request #51542_5: NCMEC has no information
regarding the individuals seen with this report.

=============

The submitted files were compared with NCMEC's Child Recognition & Identification System
(CRIS). There were a few files that appear to contain child victims who have been identified by
law enforcement.

The following 'Child Identification Report' will list the specific file names, the corresponding
series name and the law enforcement point of contact who is providing age verification for the
children.

At this time, I will send an electronic copy of the 'Child Identification Report' to Detective
Elizabeth Reigle.

In addition, USPIS Inspector Molly McMinn will destroy or return the media to the submitting
agency.

Note #2
Note Type:                    ECD Note
Note Date:                    11/30/2010
ECD_JKR  11/30/2010 14:39

DVD labeled '#71' corresponds with NCMEC request #51542_6: NCMEC has no information
regarding the individuals seen with this report.
DVD labeled '#70' corresponds with NCMEC request #51542_7: NCMEC has no information
regarding the individuals seen with this report.
DVD labeled '#64' corresponds with NCMEC request #51542_8: NCMEC has no information
regarding the individuals seen with this report.
DVD labeled '#63' corresponds with NCMEC request #51542_9: NCMEC has no information
regarding the individuals seen with this report.
DVD labeled '#62' corresponds with NCMEC request #51542_10: NCMEC has no information
regarding the individuals seen with this report.
DVD labeled '#76' corresponds with NCMEC request #51542_11: NCMEC has no information
regarding the individuals seen with this report.
DVD labeled '#72' corresponds with NCMEC request #51542_12: NCMEC has no information
regarding the individuals seen with this report.

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational purposes pursuant to
NCMEC's congressional authorization and mission. Under no circumstances shall this Report be used as evidence of criminal
wrongdoing. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of
this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.

DVD labeled '#86' corresponds with NCMEC request #51542_13: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '#81' corresponds with NCMEC request #51542_14
DVD labeled '#74' corresponds with NCMEC request #51542_15: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '#78' corresponds with NCMEC request #51542_16: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '97#' corresponds with NCMEC request #51542_17
DVD labeled '#92' corresponds with NCMEC request #51542_18: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '#87' corresponds with NCMEC request #51542_19: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '#99' corresponds with NCMEC request #51542_20: NCMEC has no information regarding the individuals seen with this report.
DVD labeled '#66' corresponds with NCMEC request #51542_21

===========
**Please Note:**

I was unable to view files located on DVD labeled '#94' as the disc appears to be corrupt.

DVD labeled '#44' did not contain any media to be reviewed.

Note #3
Note Type:                    ECD Note
Note Date:                    11/30/2010
ECD_JKR 11/30/2010 14:46

At this time, I will send an electronic copy of the comprehensive 'Child Identification Report' to Detective Elizabeth Reigle.

In addition, USPIS Inspector Molly McMinn will destroy or return the media to the submitting agency.

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational purposes pursuant to NCMEC's congressional authorization and mission. Under no circumstances shall this Report be used as evidence of criminal wrongdoing. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.

PCPA PRR 93/14-0931 HEPBURN BESOLA 002420



# Child Identification Report

The following Child Identification Report lists the specific file name(s), the corresponding series name and the law enforcement point of contact who is providing age verification for the children.   It is the responsibility of the submitting agency to contact the listed law enforcement contact(s) for verification and identification of the child victim(s).

Due to the sensitive nature of the information requested, please refer to the instructions below to ensure the series points of contact are able to validate the request.

- When reaching out to a point of contact for additional information, whether by email or phone, please provide the NCMEC **TA Report #** , seen on the next page.
- If the request is made via email, please use your Agency email account or the same email account provided to NCMEC/Child Victim Identification Program at the time of request. Please make all attempts to not use personal email accounts such as Yahoo, Hotmail, AOL or Gmail.  These personal accounts may be regarded as spam by some filtering programs, and may be viewed as "an unofficial request" by the recipient.

Adhering to these guidelines will allow the series points of contact to validate and respond to your requests quickly.

CVIP recommends requesting an affidavit from the law enforcement point of contact as the first step in verifying the image. Based on the demands placed on series' point of contacts, *we ask that you reserve serving a subpoena as a last resort.*

Within the Child Identification Report, you will find fields titled "State" and/or "Country".  This information indicates the jurisdiction where the image/video files were produced and is provided to demonstrate the distribution of files. Additionally, "Multiple Jurisdictions" indicates multiple victims and/or jurisdictions of production while "Unknown Jurisdiction" indicates that CVIP has not been provided this information. All information regarding the distribution of files should be verified by the series law enforcement point of contact.

Please contact CVIP at cvip@ncmec.org or 1-877-446-2632 ext. 6705 with any additional questions.

*Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.*
*Do not reproduce without express written permission from NCMEC.*

00000448

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **TA Report #:** | 51542 |
| **# of Image Files Identified:** | 0 |
| **# of Video Files Identified:** | 3 |
| **Total # of Series Identified:** | 3 |
| | Dalmations KDV Reiz |

Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

00000449

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542 |
| **Series:** | Dalmations |
| **Agency:** | Federal Bureau of Investigation |
| **Investigator:** | SA Eric Brelsford |
| **Phone:** | 312-829-7045 |
| **State:** | Multiple Jurisdictions |
| **Country:** | United States |
| **Email:** | eric.brelsford@ic.fbi.gov |
| **Preferred Method of Contact:** | Phone |
| **Case #:** | 305C-MW-43100 |
| **Files found:** | |

/New Folder (2)/PRETEEN - KDV - RBV - R@YGOLD - PJK - GAY - BOY - zadoom pe~1.mpg

Copyright 2010, National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

00000450

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542 |
| **Series:** | KDV |
| **Agency:** | DHS Immigration and Customs Enforcement |
| **Investigator:** | SA Mark Steele |
| **Phone:** | 011-7-495-728-5065 |
| **Country:** | Russia |
| **Email:** | mark.steele@dhs.gov |
| **Preferred Method of Contact:** | Email |

Please note there is a secondary point of contact (POC) available for this series in the event the primary POC is unavailable or unreachable for a considerable length of time. To obtain this information, please contact CVIP at 1-877-446-2632 ext. 6705 or cvip@ncmec.org. Please note that CVIP will only provide the additional information if the primary POC was given a reasonable amount of time to respond.

**Files found:**

/New Folder/Youngboys cumming_gay preteen_NOBULL_parade of young jerke~1.mpg (00:00 - 00:10)

Copyright 2010 National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542 |
| **Series:** | Reiz |
| **Agency:** | BKA - German Federal Criminal Police |
| **Investigator:** | Detective Inspector Corinna Koch |
| **Phone:** | 49 611 55 16381 |
| **Country:** | Germany |
| **Email:** | so12kinderpornografie@bka.bund.de |
| **Preferred Method of Contact:** | Email |
| **Case #:** | R-0106830 |
| **Files found:** | |

/New Folder/7yo Girl Kiddy Porn_pedo pthc__man-girl anal poor res .26.mpg

Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

00000452



# Child Identification Report

The following Child Identification Report lists the specific file name(s), the corresponding series name and the law enforcement point of contact who is providing age verification for the children.   It is the responsibility of the submitting agency to contact the listed law enforcement contact(s) for verification and identification of the child victim(s).

Due to the sensitive nature of the information requested, please refer to the instructions below to ensure the series points of contact are able to validate the request.

- When reaching out to a point of contact for additional information, whether by email or phone, please provide the NCMEC **TA Report #** , seen on the next page.
- If the request is made via email, please use your Agency email account or the same email account provided to NCMEC/Child Victim Identification Program at the time of request. Please make <u>all</u> attempts to not use personal email accounts such as Yahoo, Hotmail, AOL or Gmail. These personal accounts may be regarded as spam by some filtering programs, and may be viewed as "an unofficial request" by the recipient.

Adhering to these guidelines will allow the series points of contact to validate and respond to your requests quickly.

<u>CVIP recommends requesting an affidavit from the law enforcement point of contact as the first step in verifying the image.</u> Based on the demands placed on series' point of contacts,  *we ask that you reserve serving a subpoena as a last resort.*

Within the Child Identification Report, you will find fields titled "State" and/or "Country".  This information indicates the jurisdiction where the image/video files were produced and is provided to demonstrate the distribution of files. Additionally, "Multiple Jurisdictions" indicates multiple victims and/or jurisdictions of production while "Unknown Jurisdiction" indicates that CVIP has not been provided this information. All information regarding the distribution of files should be verified by the series law enforcement point of contact.

Please contact CVIP at cvip@ncmec.org or 1-877-446-2632 ext. 6705 with any additional questions.

*Copyright 2010, National Center for Missing & Exploited Children. All rights reserved.*
*Do not reproduce without express written permission from NCMEC.*

00000453

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **TA Report #:** | 51542_14 |
| **# of Image Files Identified:** | 0 |
| **# of Video Files Identified:** | 1 |
| **Total # of Series Identified:** | 1 |
| | KDV |

Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

00000454

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542_14 |
| **Series:** | KDV |
| **Agency:** | DHS Immigration and Customs Enforcement |
| **Investigator:** | SA Mark Steele |
| **Phone:** | 011-7-495-728-5065 |
| **Country:** | Russia |
| **Email:** | mark.steele@dhs.gov |
| **Preferred Method of Contact:** | Email |

Please note there is a secondary point of contact (POC) available for this series in the event the primary POC is unavailable or unreachable for a considerable length of time. To obtain this information, please contact CVIP at 1-877-446-2632 ext. 6705 or cvip@ncmec.org. Please note that CVIP will only provide the additional information if the primary POC was given a reasonable amount of time to respond.

**Files found:**

/Youngboys cumming_gay preteen_NOBULL_parade of young jerke~1.mpg (00:00 - 00:10)

Copyright 2010, National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

00000455



# Child Identification Report

The following Child Identification Report lists the specific file name(s), the corresponding series name and the law enforcement point of contact who is providing age verification for the children.   It is the responsibility of the submitting agency to contact the listed law enforcement contact(s) for verification and identification of the child victim(s).

Due to the sensitive nature of the information requested, please refer to the instructions below to ensure the series points of contact are able to validate the request.

- When reaching out to a point of contact for additional information, whether by email or phone, please provide the NCMEC **TA Report #** , seen on the next page.
- If the request is made via email, please use your Agency email account or the same email account provided to NCMEC/Child Victim Identification Program at the time of request. Please make all attempts to not use personal email accounts such as Yahoo, Hotmail, AOL or Gmail.  These personal accounts may be regarded as spam by some filtering programs, and may be viewed as "an unofficial request" by the recipient.

Adhering to these guidelines will allow the series points of contact to validate and respond to your requests quickly.

CVIP recommends requesting an affidavit  from the law enforcement point of contact as the first step in verifying the image. Based on the demands placed on series' point of contacts,  *we ask that you reserve serving a subpoena as a last resort.*

Within the Child Identification Report, you will find fields titled "State" and/or "Country".  This information indicates the jurisdiction where the image/video files were produced and is provided to demonstrate the distribution of files. Additionally, "Multiple Jurisdictions" indicates multiple victims and/or jurisdictions of production while "Unknown Jurisdiction" indicates that CVIP has not been provided this information. All information regarding the distribution of files should be verified by the series law enforcement point of contact.

Please contact CVIP at cvip@ncmec.org or 1-877-446-2632 ext. 6705 with any additional questions.

*Copyright 2010, National Center for Missing & Exploited Children. All rights reserved.*
*Do not reproduce without express written permission from NCMEC.*

00000456

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| TA Report #: | 51542_17 |
| # of Image Files Identified: | 0 |
| # of Video Files Identified: | 6 |
| Total # of Series Identified: | 5 |

| | | | |
|---|---|---|---|
| Andina | Reiz | Sucky | Vicky |
| cbaby | | | |

Copyright 2010, National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

00000457

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542_17 |
| **Series:** | Andina |
| **Agency:** | Interpol |
| **Investigator:** | Anders Persson |
| **Phone:** | +33 472 44 72 06 |
| **Country:** | Peru |
| **Email:** | A.PERSSON@INTERPOL.INT |
| **Preferred Method of Contact:** | Email |

**Notes:**

Law Enforcement can confirm case details/child's identity through available case records only.

**Files found:**

/andina5_QTmpg 5yo mexican girl very loving dad (PTHC,pedo,i~.mpg

Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542_17 |
| **Series:** | Reiz |
| **Agency:** | BKA - German Federal Criminal Police |
| **Investigator:** | Detective Inspector Corinna Koch |
| **Phone:** | 49 611 55 16381 |
| **Country:** | Germany |
| **Email:** | sol2kinderpornografie@bka.bund.de |
| **Preferred Method of Contact:** | Email |
| **Case #:** | R-0106830 |
| **Files found:** | |

/pedo - 11 year old kids having sex.mpg (00:47- 3:26)

Copyright 2010, National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

NCPA-PRR-03/14-0933-HEPBURN-BLSOLA-002432

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542_17 |
| **Series:** | Sucky |
| **Agency:** | BKA - German Federal Criminal Police |
| **Investigator:** | Detective Inspector Holger Kind |
| **Phone:** | +49 611 55 16345 |
| **Country:** | Germany |
| **Email:** | so12kinderpornografie@bka.bund.de |
| **Preferred Method of Contact:** | Email |
| **Files found:** | |

/zadoom pedo compilation ( little nudist girl an' boy tryin~.mpg ((1:53-end))

Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542_17 |
| **Series:** | Vicky |
| **Agency:** | Richland Police Department |
| **Investigator:** | Detective Roy Shepherd |
| **Phone:** | 509-942-7356 |
| **State:** | W A |
| **Country:** | United States |
| **Email:** | RShepherd@CI.RICHLAND.WA.US |
| **Preferred Method of Contact:** | Email |

Please note there is a secondary point of contact (POC) available for this series in the event the primary POC is unavailable or unreachable for a considerable length of time. To obtain this information, please contact CVIP at 1-877-446-2632 ext. 6705 or cvip@ncmec.org. Please note that CVIP will only provide the additional information if the primary POC was given a reasonable amount of time to respond.

**Files found:**

/Vicky - Pedofilia 13 anos [pedo preteen 13yo lolita BDSM bo~.mpg
/straight69.mpg

*Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.*
*Do not reproduce without express written permission from NCMEC.*

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542_17 |
| **Series:** | chaby |

Please note this series has two points of contact (POC) who are willing to assist you in verifying and identifying the child victim(s). Please feel free to contact either POC listed on this page for assistance. CVIP asks that you reach out to only one contact in order to avoid a duplication of efforts by the series POCs.

**Primary Contact**

| | |
|---|---|
| **Agency:** | Federal Bureau of Investigation |
| **Investigator:** | SA Sean Mullen |
| **Phone:** | 512-794-3107 |
| **State:** | TX |
| **Country:** | United States |
| **Email:** | sean.mullen@ic.fbi.gov |
| **Preferred Method of Contact:** | Email |
| **Case #:** | 305C-SA-61666 |
| **Notes:** | |

Per the request of the principal law enforcement point of contact, due to the pending prosecution regarding the producer of the series, no case-related information regarding the series can be provided until the prosecution is concluded.

**Alternate Contact**

| | |
|---|---|
| **Agency:** | Federal Bureau of Investigation |
| **Investigator:** | SA Robert B. White |
| **Phone:** | 937-222-7485 |
| **State:** | TX |
| **Country:** | United States |
| **Email:** | robert.b.white@ic.fbi.gov |
| **Preferred Method of Contact:** | Email |
| **Case #:** | 305C-SA-61666 |
| **Notes:** | |

Per the request of the principal law enforcement point of contact, due to the pending prosecution regarding the producer of the series, no case-related information regarding the series can be provided until the prosecution is concluded.

Please note there is a secondary point of contact (POC) available for this series in the event the primary POC is unavailable or unreachable for a considerable length of time. To obtain this information, please contact CVIP at 1-877-446-2632 ext. 6705 or cvip@ncmec.org. Please note that CVIP will only provide the additional information if the primary POC was given a reasonable amount of time to respond.

**Files found:**

/Pedo - Fucking 8 Old Alicia Hard.mpg

*Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.*
*Do not reproduce without express written permission from NCMEC.*

00000462

PCPA PRR 93/14_0931_HEPBURN_BESOLA-002435



NATIONAL
CENTER FOR
**MISSING &
EXPLOITED**
C H I L D R E N®

# Child Identification Report

The following Child Identification Report lists the specific file name(s), the corresponding series name and the law enforcement point of contact who is providing age verification for the children. It is the responsibility of the submitting agency to contact the listed law enforcement contact(s) for verification and identification of the child victim(s).

Due to the sensitive nature of the information requested, please refer to the instructions below to ensure the series points of contact are able to validate the request.

- When reaching out to a point of contact for additional information, whether by email or phone, please provide the NCMEC **TA Report #** , seen on the next page.
- If the request is made via email, please use your Agency email account or the same email account provided to NCMEC/Child Victim Identification Program at the time of request. Please make <u>all</u> attempts to not use personal email accounts such as Yahoo, Hotmail, AOL or Gmail. These personal accounts may be regarded as spam by some filtering programs, and may be viewed as "an unofficial request" by the recipient.

Adhering to these guidelines will allow the series points of contact to validate and respond to your requests quickly.

<u>CVIP recommends requesting an affidavit from the law enforcement point of contact as the first step in verifying the image.</u>
Based on the demands placed on series' point of contacts, *we ask that you reserve serving a subpoena as a last resort.*

Within the Child Identification Report, you will find fields titled "State" and/or "Country". This information indicates the jurisdiction where the image/video files were produced and is provided to demonstrate the distribution of files. Additionally, "Multiple Jurisdictions" indicates multiple victims and/or jurisdictions of production while "Unknown Jurisdiction" indicates that CVIP has not been provided this information. All information regarding the distribution of files should be verified by the series law enforcement point of contact.

Please contact CVIP at cvip@ncmec.org or 1-877-446-2632 ext. 6705 with any additional questions.

*Copyright 2010, National Center for Missing & Exploited Children. All rights reserved.*
*Do not reproduce without express written permission from NCMEC.*

NCMEC-PRR-93/14-U931-HEPBURN-BESULA-002436

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **TA Report #:** | 51542_21 |
| **# of Image Files Identified:** | 0 |
| **# of Video Files Identified:** | 1 |
| **Total # of Series Identified:** | 1 |
| | Andina |

Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

464

# Child Identification Report

*The following does not constitute verification of the identity of the child. It is the responsibility of the investigator/prosecutor to contact the listed law enforcement agency for verification of image and age verification of the child.*

| | |
|---|---|
| **NCMEC Request #:** | 51542_21 |
| **Series:** | Andina |
| **Agency:** | Interpol |
| **Investigator:** | Anders Persson |
| **Phone:** | +33 472 44 72 06 |
| **Country:** | Peru |
| **Email:** | A.PERSSON@INTERPOL.INT |
| **Preferred Method of Contact:** | Email |

**Notes:**
Law Enforcement can confirm case details/child's identity through available case records only.

**Files found:**

/TMPandina5_QTmpg 5yo mexican girl very loving dad (PTHC,ped~.mpg

Copyright 2010. National Center for Missing & Exploited Children. All rights reserved.
Do not reproduce without express written permission from NCMEC.

00000465